# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 21, 2023

Mr. David O'Toole
Eastern District of Texas, Marshall
United States District Court
100 E. Houston Street
Room 125
Marshall, TX 75670-0000

    No. 23-40487   In re: Volkswagen AG
                         USDC No. 2:22-CV-506

Dear Mr. O'Toole,

Enclosed is a certified copy of the opinion issued as the mandate.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Dantrell L. Johnson, Deputy Clerk
                                       504-310-7689

Enclosure(s)

cc:
    Mr. Samuel Franklin Baxter
    Ms. Melissa Cabrera
    Ms. Jessica Goldman
    Ms. Suhana Han
    Mr. Steven Holley
    Mr. Radu A. Lelutiu
    Ms. Sharon Nelles
    Mr. James Hartmann Smith
    Mr. Leonid Traps
    Mrs. Jennifer Leigh Truelove
    Mr. Jeffrey B. Wall